◼ In the Matter of JENNIFER ANN W., a Child Alleged to be Neglected. (Appeal No. 2.) [605 NYS2d 993] —Order unanimously reversed on the law without costs and matter remitted to Erie County Family Court for further proceedings in accordance with same Memorandum as in *Matter of Jennifer Ann W.* (198 AD2d 881 [decided herewith]). (Appeal from Order of Erie County Family Court, Honan, J.—Extend Placement.) Present—Pine, J. P., Fallon, Boomer, Davis and Boehm, JJ.